Armando A. Abadilla

3905 N. Sweet Leaf Av.

Rialto , CA. 92377

(805)822-7026

Abadillaarmando9@gmail.com
Pro Se *Plaintiff*

**FEE PAID**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
*EASTERN DIVISION*

EDCV20-01812-JGB(SHKx)

| | |
|---|---|
| ARMANDO A. ABADILLA | Case Number: _____ |
| Plaintiff(s), | Title of Document:<br>COMPLAINT |
| vs. | |
| UNION PACIFIC RAILROAD | ***DEMAND FOR JURY TRIAL*** |
| Defendant(s). | |

No CV30, cv cover

1. **Jurisdiction.** This court has jurisdictions over this complaint because it arises under the laws of the United States.

2. **Venue.** Venue is appropriate in this court because the defendants reside in this district, and a substantial amount of the acts and omissions which give rise to this lawsuit occurred in this district.

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

3. **Intradistrict Assignment.** This lawsuit should be assigned to the Eastern Division of this Court because a substantial part of the event or omissions which give rise to this lawsuit occurred in San Bernardino County.

4. **Parties.** Plaintiff Armando A. Abadilla is an Electrician since 1986 and an employee of Union Pacific Railroad for 17 years 11 months.

   Defendant Union Pacific Railroad

5. **Statement of Facts.** On September 2, 2017 at around 1 pm, while getting everything put away, as I was reaching for the cables with my right hand on the walkway of the locomotive , I felt a tingling on my right index finger, exactly the same feeling when I accidentally touched a 115 vac , I did not realize that it was still energized, but this happened decades ago and I was not full of sweat. This time the tingling was combined with sweat,it was around 110 deg outside and combined with a running 16 cylinder locomotive, the temperature would be much greater than 110 degrees Fahrenheit.Right after the tingling, my brain started to scramble, I thought I was going to die, scary, so I yelled for help. Everything happened so fast. I fell from the locomotive all the way in a concrete floor. While falling, I felt everything that my body and arms were hitting off. I received an electric shock. The electric shock may have been prevented if I only had an appropriate hand protection to use that day but Union Pacific does not have the right gloves to protect the Electricians. I have not seen one nor have I seen anyone using one while working near an exposed high voltage cable or switch. Union Pacific Safety rule 78.5 states that when working on 50 volts or more, Voltage Rated Rubber Gloves must be worn. A knife switch is 64 volts and has to be in open or closed position depending on if the engine of a locomotive needs to be started or shutdown to avoid the batteries to  discharge. A knife switch will be opened to avoid discharging of batteries.  Starters are protected by 400 amps fuse and some are protected by 800 amps fuse. Even Managers are touching the knife switch when they are powering up or shutting down a locomotive.

6. **Claims.** Claim 1. The defendant violated **FELA 45 U.S. Code Sections 51 et seq** because of negligence in not following their own rules 78.5 Voltage Rated Rubber Gloves.

   2. **The defendant violated 49 U.S. Code 49 Section 20109 (b)(1)(C)** because I asked for the required safety gloves but I was discriminated and threatened that I could lose my job if I insisted.

7. **Request for Relief.** I ask the court to order Union Pacific to pay for the damages in the amount of $1,500,000.00 for the pain and suffering, loss of wages, mental anguish, medical bills, and future medical bills that might arise due to the brain injury that was caused by the accident.

8. **Demand for Jury Trial.** I ask the court for a Jury Trial.

9. **Plaintiff's Signature.**

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ____ OF ____    [JDC TEMPLATE]

1
2
3
4  Date: SEPT. 1, 2020        Sign Name: _____
5                             Print Name: ARMANDO ACIERTO ABADILLA
6
7
...
28

TITLE OF DOCUMENT:_____  CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]



**BUILDING AMERICA®**

Union Pacific Rules

# Safety Rules

**Effective June 1, 2017**
**Includes Updates as of February 15, 2019**
**PB-20369**

Union Pacific Railroad. All Rights Reserved.

These rules become effective at 0900, Thursday, June 1, 2017. At that time, all previous rules and instructions that are inconsistent with these rules become void.

STATEMENT: Statement of Safety Policy
70.0: GENERAL SAFETY INSTRUCTIONS
71.0: PERSONAL PROTECTIVE EQUIPMENT
72.0: FIRE PREVENTION
73.0: EXPLOSIVES
74.0: VEHICLE OPERATIONS
75.0: MATERIAL HANDLING
76.0: TOOLS AND MACHINERY
77.0: MECHANICAL LIFTING/PULLING OPERATIONS
78.0: ELECTRICAL
79.0: WELDING
80.0: WALKING/WORKING SURFACES
81.0: WORKING AROUND TRACKS OR BEING ON EQUIPMENT
82.0: HANDLING SWITCHES AND DERAILS
83.0: INTERMODAL RAMP RULES

For business purposes only. Unauthorized access, use, distribution, or modification of Union Pacific computer systems or their content is prohibited by law.

EXHIBIT(S)

| | |
|---|---|
| | The use of a ground fault circuit interrupter (GFCI) is required for use in any work environment that is or may become wet and any other areas that are highly grounded. For example, a work area with a metal floor. |

**Rule Updated Date**

July 2, 2013

^Top

## 78.4: Electrical Panels

| 78.4 | **Electrical Panels** |
|---|---|
| | In shop areas, the floor area in front of electrical panels must be kept clear of any obstruction. |
| | The cleared surface must be: |
| | - Painted red with a white border. |
| | - Extended a minimum of 36 inches forward of the electrical panel. |
| | - A minimum of 36 inches wide, or the width of the box, whichever is greater. |
| | - Stenciled with wording "KEEP CLEAR." |
| | Circuit breakers must be properly labeled as to the circuit controlled. |

**Rule Updated Date**

July 2, 2013

^Top

## 78.5: Voltage Rated Rubber Gloves

| 78.5 | **Voltage Rated Rubber Gloves** |
|---|---|
| Ref. ESR 3.5.2 | Wear approved voltage rated rubber gloves when working on energized circuits of 50 volts or more. |
| | Gloves must be tested before use by inflating with air. If a leak exists, remove a glove finger and discard the glove. |
| | Gloves must be electrically tested every six months. |
| | Always wear leather protector gloves over voltage-rated gloves. |

Case 5:20-cv-01812-JGB-SHK   Document 1   Filed 09/02/20   Page 8 of 9   Page ID #:8

EXHIBIT(s)

Union Pacific Rules
Safety Rules
# 78.0: ELECTRICAL

- 78.0: Electrical
- 78.1: Qualified Employees
- 78.2: Lockout / Tagout
- 78.3: Electrical Cords / Insulation / Grounding
- 78.4: Electrical Panels
- 78.5: Voltage Rated Rubber Gloves
- 78.6: Precautions Around Exposed Energized Circuits
- 78.7: Employees Working Near Power Lines
- 78.8: Operating Booms Near Power Lines
- 78.9: Power Supply Turned Off
- 78.10: Handling Electric Wires

## 78.0: Electrical

| 78.0 ELECTRICAL |
|---|

**Rule Updated Date**

July 2, 2013

^Top

## 78.1: Qualified Employees

| 78.1 | Qualified Employees |
|---|---|
| Ref. Electrical Safety Rules (ESR) PB-20502 SRM Section AB & AF | Only qualified employees are permitted to:<br><br>• Work on electrical apparatus of equipment.<br>• Climb poles and replace fuses on power poles or work on transformers.<br>• Work on lines or equipment energized in excess of 50 volts phase to ground. |

UNITED STATES POSTAL SERVICE

United States Postal Service®

VISIT US AT USPS.COM®
Label 119, Nov 2018

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE
PME 1-Day
PATTON, CA
92369
SEP 01
AMOUNT
$26.3
R2303S101027-

92501

1007

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**

EJ 448 353 793 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (805) 822-7026

ARMANDO ACIERTO ABADILLA
3905 N. SWEET LEAF AV
RIALTO, CA 92377

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

GEORGE E. BROWN JR. FEDERAL
BUILDING AND UNITED STATES
COURTHOUSE
3470 TWELTH STREET
RIVERSIDE, CA 92501-3801

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 92369 | Scheduled Delivery Date (MM/DD/YY): 9/2/2020 | Postage: $ 26.35 | |
| Date Accepted (MM/DD/YY): 9/1/2020 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 243 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 26.35 | |
| Weight ☐ Flat Rate: 4 lbs. ozs. | Acceptance Employee Initials: EB | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 9/2 | 11:14 ☐ AM ☐ PM | [signature] |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

e.*
e.†
d.
request.
y, a customs required.

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 2 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only. × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.